UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISSAC DOUGLAS,

    Plaintiff,

v.

LANCASTER STATE PRISON,

    Defendants.

No. C 14-4018 EDL (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a California state prisoner.[1] Plaintiff describes events that occurred at Lancaster State Prison in Lancaster, California, which is located in Los Angeles County. All events occurred within the venue of the United States District Court for the Central District of California, and the defendants are located there as well. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: November 25, 2014.

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

P:\PRO-SE\EDL\CR.14\Douglas4018.trn.wpd

---

[1] Plaintiff consented to magistrate judge jurisdiction on November 14, 2014. (Docket No. 8.)